1244

**Frank BARFIELD, Appellant, v. STATE, Appellee.**

No. 19779.

Court of Criminal Appeals of Texas.

March 30, 1938.

Robert P. Brown, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of sheep is the offense; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.